UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONICA MITCHELL | CIVIL ACTION |
| VERSUS | NO. 19-13298 |
| PARISH OF JEFFERSON, ET AL | SECTION: "F" (5) |

## SCHEDULING ORDER

A Preliminary Pre-Trial conference was held on May 5, 2020.

PRESENT:

For Plaintiff:   Natalie Mitchell and M. Suzanne Montero

For Defendants:  Craig Watson

Pleadings have been completed. Jurisdiction and venue are established.

All pre-trial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than January 20, 2021. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

Counsel shall complete all disclosure of information as follows:

Depositions for trial use shall be taken and all discovery shall be completed no later than January 25, 2021.

Amendments to pleadings, third-party actions, cross- claims, and counter-claims shall be filed no later than June 5, 2020.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Rule 26 disclosures will be waived in this case.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than November 23, 2020.

    Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than December 21, 2020.

    Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits which may or will be used at trial no later than December 21, 2020.

    The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

    Settlement possibilities were discussed. A further settlement conference will be scheduled at any time at the request of any party to this action.

    This case will not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this Court are established.

    A final pre-trial conference will be held before the District Judge on **FEBRUARY 22, 2021 at 1:30 p.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

    Trial will commence on **MARCH 8, 2021 at 9:00 a.m.** before the District Judge **with** a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 5 days.

    Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be extended automatically, unless otherwise ordered by the Court.

