IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONICA MITCHELL, MELISSA BURKETT, and TAMMY CAVANAUGH<br><br>**Plaintiffs,**<br><br>v.<br><br>PARISH OF JEFFERSON, EAST BANK CONSOLIDATED SPECIAL SERVICE FIRE PROTECTION BUREAU OF JEFFERSON PARISH, DAVID TIBBETS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, ROBERT FUNK, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, 123 INSURANCE COMPANY, and XYZ INSURANCE COMPANY<br><br>**Defendants.** | CIVIL NO. 2:19-CV-13298-MLCF-MBN |

## JOINT MOTION TO SUBSTITUTE ATTORNEYS OF RECORD

Pursuant to Local Rule 83.2.11, plaintiffs Monica Mitchell, Melissa Burkett, and Tammy Cavanaugh respectfully move the Court, ex parte, to enroll and substitute the following person as her attorney of record in this case in place of her current attorneys of record, Scott L. Sternberg, David A. LaCerte, M. Suzanne Montero, Michael S. Finkelstein, and, Natalie K. Mitchell of the law firm of Sternberg, Naccari & White, LLC:

> Kevin S. Vogeltanz (Bar #32746)
> The Law Office of Kevin S. Vogeltanz, LLC
> Email: vogeltanz@gmail.com
> Telephone: (504) 275-5149
> Fax: (504) 910-1704
> 823 Carroll Street, Suite A
> Mandeville, LA 70448

All plaintiffs have given their written, informed consent to enroll and substitute Mr. Vogeltanz as their attorney of record in this case.  Mr. Vogeltanz is a member in good standing

before the bar of this Court and is a properly registered e-filer with the Court's CM/ECF and PACER systems. Mr. Vogeltanz has significant experience litigating Title VII actions in this Court.

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, TA (Bar #32746)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A
Mandeville, LA 70448
Telephone: (504) 275-5149
Facsimile: (504) 910-1704
Email: vogeltanz@gmail.com

*Enrolling counsel for plaintiffs Monica Mitchell, Melissa Burkett, and Tammy Cavanaugh*

and,

/s/ Scott L. Sternberg
Scott L. Sternberg (Bar #33390)
David LaCerte (Bar # 32535)
Michael S. Finkelstein (Bar # 35476)
M. Suzanne Montero (Bar # 21361)
Natalie K. Mitchell (Bar #32599)
STERNBERG, NACCARI & WHITE, LLC
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Telephone: (504) 324-2141
Facsimile: (504) 534-8961
scott@snw.law | suzy@snw.law | natalie@snw.law

*Current and disengaging counsel for all plaintiffs*

## LOCAL RULE 5.4 CERTIFICATION

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Kevin S. Vogeltanz
